The Honorable James L. Robart

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JULIE LUM,

                              Plaintiff,

        v.

GREAT-WEST LIFE & ANNUITY &
INSURANCE COMPANY,

                              Defendant.

CASE NO. 2:21-cv-00670-JLR

STIPULATION AND ORDER OF
DISMISSAL WITH PREJUDICE

## **STIPULATION**

The parties to this action, acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the dismissal with prejudice of this action, including all claims and counterclaims stated herein against all parties, with each party to bear its own attorney's fees and costs.

STIPULATION & ORDER OF DISMISSAL
WITH PREJUDICE - 1
CASE NO. 2:21-cv-00670 JLR

SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone:  (206) 676-7000
Fax:  (206) 676-7001

## **ORDER**

Pursuant to the foregoing Stipulation, it is hereby ORDERED that all of the parties' claims in the above-entitled action are hereby dismissed with prejudice, and without costs or fees to either of the parties.

Entered this 18th day of January, 2022.

_(signature)_

_____

James L. Robart
U.S. District Court Judge

Stipulated to and Presented by:

NELSON BODY, PLLC

By _s/ Deborah M. Nelson_
Deborah M. Nelson, WSBA # 23087
Email: nelson@nelsonboydlaw.com

MARC WHITHEAD & ASSOCIATES, L.L.P.

By _s/ Britney McDonald_
Britney McDonald, _admitted pro hac vice_
Email: britney@marcwhitehead.com

_Attorneys for Plaintiff_

SUMMIT LAW GROUP, PLLC

By _s/ Alexander A. Baehr_
Alexander A. Baehr, WSBA #25320
Email: _alexb@summitlaw.com_

_Attorneys for Defendants_

STIPULATION & ORDER OF DISMISSAL
WITH PREJUDICE - 2
CASE NO. 2:21-cv-00670 JLR

SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone:  (206) 676-7000
Fax:   (206) 676-7001